IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00107-TMB-KFR |
|---|---|
| Plaintiff, | **ORDER RE UNOPPOSED MOTION FOR INTRA-DISTRICT TRANSFER** |
| vs. | |
| ALEX LEON PADGETT, | |
| Defendant. | |

After due consideration of the defendant's Unopposed Motion for Intra-District Transfer, the motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED that the above-captioned matter is transferred to Juneau, Alaska, for the purposes of the change of plea and sentencing hearings.

DATED this 1st day of May 2023, in Anchorage, Alaska.

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE